**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GEORGE HUNT**                                                                                          **PETITIONER**

**v.**                                                                                          **No. 1:07CV65-M-D**

**STATE OF MISSISSIPPI, ET AL.**                                                       **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 14, 2007, and the August 24, 2007, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated August 14, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the state's motion [6] to dismiss the instant petition for a writ of *habeas corpus* is hereby **GRANTED.**

3.      That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

4.      That the instant case is **CLOSED.**

THIS, the 28th day of September, 2007.

                                        **/s/ Michael P. Mills**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**